FILED
2007 SEP 21 PM 4:50
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 07- 07-01004 |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | [18 U.S.C. § 545: Smuggling] |
| JEREME LEE JAMES, ) | |
| Defendant. ) | |

The Grand Jury charges:

### INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

A.  <u>The Convention on International Trade in Endangered Species</u>

1.  The United States and the Republic of the Fiji Islands ("Fiji") are signatories to the Convention on International Trade in Endangered Species of Wild Fauna and Flora ("CITES"). CITES protects certain species of fish, wildlife, and plants against overexploitation by regulating trade in the species. Protected species are listed in appendices to CITES.

//

JOJ:joj

2. Species listed in Appendix I are threatened with extinction and may be traded only in exceptional circumstances.

3. CITES requires that individuals who trade in Appendix I species obtain a valid export permit from the country of origin or valid re-export certificate from the country of re-export. In order to import such a species into the United States, an importer must obtain a valid import permit from the United States Fish and Wildlife Service ("USFWS").

4. The Fiji Island banded iguana, *Brachylophus fasciatus*, is listed as a protected species under Appendix I of CITES and also as an endangered species under 50 C.F.R. § 17.11.

5. These Introductory Allegations are hereby re-alleged and incorporated by reference into each and every count of this Indictment.

COUNT ONE

[18 U.S.C. § 545]

On or about September 24, 2002, in Los Angeles County, within the Central District of California, and elsewhere, defendant JEREME LEE JAMES, fraudulently and knowingly imported and brought approximately three Fiji Island banded iguanas into the United States contrary to law. Specifically, on that date, defendant imported and brought approximately three Fiji Island banded iguanas that were concealed within his prosthetic leg from Fiji into the United States, contrary to law, that is, (1) without reporting or declaring said merchandise to officials of the United States Bureau of Customs and Border Protection and United States Fish and Wildlife Service, in violation of Title 19, Code of Federal Regulations, Section 148.11, and Title 50, Code of Federal Regulations, Section 14.61; and (2) without obtaining a permit, in violation of the Lacey Act, Title 16,

//
//
//

1  United States Code, Section 3372(a)(1), and the Convention on
2  International Trade in Endangered Species of Wild Fauna and
3  Flora, Title 50, Code of Federal Regulations, Section
4  23.12(a)(1).

A TRUE BILL

/S/
Foreperson

GEORGE S. CARDONA
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

JOSEPH O. JOHNS
Assistant United States Attorneys
Chief, Public Integrity & Environmental Crimes Section